IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FRANK ROBERT CHESTER                    :
        Petitioner,

     v.                                                  :
                                         CIVIL NO. 99-4111

COMMISSIONER MARTIN HORN;
PHILIP JOHNSON; JOSEPH P.                :
MAZURKIEWICZ; and
THE DISTRICT ATTORNEY OF BUCKS
COUNTY                                          :
        Respondents.

**ORDER**


    AND NOW, this 28th day of February, 2011, upon consideration of Frank Robert

Chester's Petition for Habeas Relief (Doc. No. 1), all amendments and supplements thereto,

Respondents' Responses thereto, oral arguments, and supplemental briefing, it is hereby

ORDERED that said Petition is GRANTED IN PART as follows:

  (1)    Per Respondents' concession and in accordance with the ruling set forth in *Laird v. Horn*, 414 F.3d 419 (3d Cir. 2005), *cert. denied*, 546 U.S. 1146 (2006), Petitioner's First Degree Murder conviction and death sentence are VACATED without prejudice;

  (2)    Petitioner's request for an evidentiary hearing regarding his conflict of interest claim is GRANTED; and,

  (3)    A ruling on all remaining non-capital, guilt-phase claims shall be deferred pending disposition of Petitioner's conflict of interest claim.


                                   BY THE COURT:



                                  /s/  C. Darnell Jones, II     J.