IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ROBERT CHESTER | : | |
| Petitioner, | | |
| v. | : | CIVIL ACTION NO. 99-4111 |
| COMMISSIONER MARTIN HORN; PHILIP JOHNSON; JOSEPH P. MAZURKIEWICZ; and THE DISTRICT ATTORNEY OF BUCKS COUNTY | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 22nd day of May, 2013, upon consideration of all briefing submitted by both sides regarding Petitioner's Conflict of Interest claim, as well as the testimony and evidence elicited at a hearing held before this Court on September 6, 2012, it is hereby ORDERED that said claim is DENIED.

BY THE COURT:

/s/ C. Darnell Jones, II

C. Darnell Jones, II    J.