IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK ROBERT CHESTER | : | |
| Petitioner, | | |
| | | |
| v. | : | CIVIL ACTION |
| | | NO. 99-4111 |
| COMMISSIONER MARTIN HORN; | | |
| PHILIP JOHNSON; JOSEPH P. | : | |
| MAZURKIEWICZ; and | | |
| THE DISTRICT ATTORNEY OF BUCKS | | |
| COUNTY | : | |
| Respondents. | | |

**ORDER**

AND NOW, this 7th day of October, 2013, upon consideration of all filings pertaining to the severance issue contained within Petitioner's Amended Petition for Habeas Corpus (Doc. No. 23), it is hereby ORDERED that Petitioner's request for relief regarding same is DENIED.

It is further ORDERED that:

(1) The above-captioned matter be REMANDED to the Court of Common Pleas of Bucks County, Pennsylvania for further proceedings in accordance with this Court's Order dated February 28, 2011 (Doc. No. 71); and

(2) This case be marked CLOSED by the Clerk of Court.

BY THE COURT:

/s/ C. Darnell Jones, II    J.